# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1726
_____

STEVEN DAWAYNE BANKS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

April 16, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven Dawayne Banks, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.